# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZETTE CAMPBELL, : | |
| Plaintiff : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 09-984 |
| J. SCOTT WATSON, P.C., et al., : | |
| Defendants : | |

## ORDER

**AND NOW**, this _30th___ day of November 2009, it is **ORDERED** that Defendants' Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) (Doc. # 12) is **GRANTED.**

• Plaintiff's claims for damages pursuant to the Pennsylvania Fair Credit Extension Uniformity Act, 73 P.S. § 2270.1 *et seq*., and the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 72 P.S. § 201.1 *et seq*., are dismissed with prejudice.

• Plaintiff's claims for punitive and treble damages under the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 *et seq*., are dismissed with prejudice.

• Plaintiff's claim for declaratory relief is dismissed with prejudice.

s/Anita B. Brody
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: